

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2014

No. 04-14-00048-CV

America Amada **GONZALEZ** and Jamie Christina Garza McRae,
Appellants

v.

Jose Gilberto **PENA**, Et Ux.,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-10-359
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

On August 11, 2014, appellants filed a "Motion to Allow Filing of Original Trial Photograph Exhibits by Mailing." Thereafter, appellees filed a response and supplemental response. The motion is GRANTED. *See* TEX. R. APP. P. 34.6(g)(2) ("On any party's motion . . ., the appellate court may direct the trial court clerk to send it any original exhibit."). The Office of the District Clerk of Starr County is ORDERED to file a supplemental record containing Appellants' Photographic Exhibits Nos. 5, 10 through 19, and Demonstrative Exhibit No. 1-D by mailing the original copies to this Court within 10 days of the date of this order.

Counsel are reminded that all future motions must comply with Rule 10.1(a)(5). *See* TEX. R. APP. P. 10.1(a)(5).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court